**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ULISSES ORTIZ,

        Plaintiff,

v.     Case No: 6:15-cv-127-Orl-40GJK

TEKSYSTEMS MANAGEMENT, INC.
and ADT, LLC,

        Defendants.
_____/

## ORDER

This cause is before the Court on the Renewed Joint Motion to Approve Settlement Agreement and to Dismiss Plaintiff's Complaint with Prejudice (Doc. 56) filed on November 17, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection to the December 3, 2015 Report and Recommendation (Doc. 58) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 3, 2015 (Doc. 57), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion to Approve Settlement Agreement and to Dismiss Plaintiff's Complaint with Prejudice (Doc. 56) is **GRANTED** to the extent that the Court finds the parties' settlement fair and reasonable.

3. The case is **DISMISSED with prejudice**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on December 7, 2015.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties